**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
WILLIAM J. NEALON FEDERAL BLDG. & U.S. COURTHOUSE
235 N. WASHINGTON AVE., P.O. BOX 856
SCRANTON, PA 18501-0856
Chambers_of_Judge_Edwin_M._Kosik@pamd.uscourts.gov

EDWIN M. KOSIK
JUDGE

TEL. (570) 207-5730
FAX (570) 207-5739

August 24, 2007

Steven Fausnaught
Lackawanna County Prison
1371 North Washington Avenue
Scranton, PA 18509

**RE:  *USA v. Steven Fausnaught*
       *MDPA; Criminal No. 03-032***

Dear Mr. Fausaught:

   I have referred your letter to our Marshal's Office who advised me that they have contacted the nurse and that your request will be given appropriate attention.

   I genuinely regret the necessity to have taken you into custody again. Of course, you must realize that rules are rules that have to be adhered to.

                                        Sincerely,


                                        ***s/Edwin M. Kosik***
                                        United States District Judge

EMK:mb