THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Respondent, | : | |
| v. | : | 3:03-CR-32 |
| | : | (JUDGE MARIANI) |
| STEVEN FAUSNAUGHT, | : | |
| Petitioner. | : | |

## ORDER

AND NOW, THIS 20th DAY OF APRIL, 2018, upon consideration of Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (Doc. 744),

**IT IS HEREBY ORDERED THAT**:

1. Petitioner's Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255, (Doc. 744), is **DENIED**.

2. Petitioner's Motion for Order Re: Minor Role Reduction (Doc. 759) is **DISMISSED AS MOOT**.

3. A Certificate of Appealability **SHALL NOT ISSUE**.

Robert D. Mariani
United States District Judge