THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | :  |
| Respondent, | : |
| v. | : 3:03-CR-32 |
| | : (JUDGE MARIANI) |
| STEVEN FAUSNAUGHT, | : |
| Petitioner. | : |

## ORDER

AND NOW, THIS 20th DAY OF APRIL, 2018, upon consideration of Petitioner's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. 749), **IT IS HEREBY ORDERED THAT**:

1. Petitioner's Motion for Relief from Judgment Pursuant to Fed. R. Civ. P. 60(b) (Doc. 749) is **DENIED**.

2. Petitioner's "Motion for Order ruling on Defendant's Rule 60(b)(6) Motion" (Doc. 754) is **DISMISSED AS MOOT**.

Robert D. Mariani
United States District Judge